**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHERRY SCALERCIO-ISENBERG,

                Plaintiff,                      16 **CIVIL** 8494 (VSB)

      -against-                                **JUDGMENT**

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 17, 2020, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          September 17, 2020

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                            **Clerk of Court**
                          **BY:**
                                                     _K. Mango_____
                                                             **Deputy Clerk**